Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
lukebusby@pm.me

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com

*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ANDREW GEORGE ASUIT, II, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN WELIN, an individual; and THE CITY OF RENO, a political subdivision of the State of Nevada,<br><br>Defendants. | Case No.: 3:26-cv-00447-MMD-CSD<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

The parties, by and through their respective undersigned counsel, submit the following Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

Defendants City of Reno and Steven Welin answered the Complaint through their Answer to Complaint for Damages and Declaratory Relief [ECF No. 7], filed July 6, 2026. The first defendant therefore answered or otherwise appeared on July 6, 2026. The parties conducted their Rule 26(f) conference on July 22, 2026 and have agreed to make initial disclosures by August 5, 2026.

**1. Discovery Cut-Off**

Discovery shall be completed within 180 days of the date the first defendant answers or otherwise appears. One hundred eighty days from July 6, 2026 falls on Saturday, January 2, 2027; because that date is a weekend and the preceding Friday, January 1, 2027 is a legal holiday, the discovery cut-off date is the next business day, Monday, January 4, 2027.

**2. Amending the Pleadings and Adding Parties**

The deadline for filing motions to amend the pleadings or to add parties is October 6, 2026, which is 90 days before the close of discovery.

**3. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**

Initial expert disclosures shall be made 60 days before the discovery cut-off date, on or before November 5, 2026.

Rebuttal expert disclosures shall be made 30 days after the initial disclosure of experts; because that date falls on Saturday, December 5, 2026, rebuttal expert disclosures shall be made on the next business day, Monday, December 7, 2026.

**4. Dispositive Motions**

The deadline for filing dispositive motions is 30 days after the discovery cut-off date, on or before February 3, 2027.

**5. Pretrial Order**

The deadline for the joint pretrial order is 30 days after the dispositive motion deadline, on or before March 5, 2027. If dispositive motions are filed, the deadline for the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or further court order.

**6. Fed. R. Civ. P. 26(a)(3) Disclosures**

The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections to them, shall be included in the joint pretrial order.

**7. Alternative Dispute Resolution**

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties are not opposed to an early mediation in this matter but believe that initial discovery should be developed before mediation takes place.

**8. Alternative Forms of Case Disposition**

The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not consent to assignment to the magistrate judge.

**9. Electronic Evidence**

No jury trial has been demanded by any party. Accordingly, the certification regarding the presentation of evidence in electronic format to jurors for purposes of jury deliberations under LR 26-1(b)(9) is not presently applicable. In the event a jury trial is demanded, the parties will meet and confer and certify whether they intend to present evidence in electronic format to jurors and will address any stipulations regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system.

The parties anticipate that this case will involve requests for production of electronically stored information, including but not limited to body camera and in-car camera recordings, dispatch records and radio communications, digital police reports and narrative reports, email communications, digital photographs, and digital personnel and medical records. The parties have discussed and will continue to meet and confer regarding the scope, format, and method of production of electronically stored information, including the preservation of such information, the format of production, and any stipulation regarding the inadvertent production of privileged materials.

**10. Protective Order**

The parties anticipate that discovery will involve confidential materials, including medical records. The parties will meet and confer regarding a stipulated protective order governing the designation, handling, and filing of confidential materials and will submit a proposed protective order to the Court for approval. The parties have agreed to submit a stipulated protective order before initial disclosure.

///

Dated: Jul 23, 2026

By: /s/ Luke Busby, Esq.

Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
lukebusby@pm.me

Lauren Gorman, Esq.
Nevada State Bar #11580
275 Hill Street, Suite 248
Reno, Nevada 89501
(775) 742-6129
lgorman@laurengormanlaw.com

*Attorneys for the Plaintiff*

KARL S. HALL
Reno City Attorney

By: /s/ Adam D. Cate, Esq.

Peter K. Keegan, Deputy City Attorney
Nevada State Bar No. 12237
Adam D. Cate, Deputy City Attorney
Nevada State Bar No. 12942
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050

*Attorneys for City of Reno and Steven Welin*

IT IS SO ORDERED.

DATED: July 23, 2026.

Craig S. Denney
United States Magistrate Judge