**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW GEORGE ASUIT, II, an individual,<br><br>Plaintiff<br><br>v.<br><br>STEVEN WELIN, an individual; and THE CITY OF RENO, a political subdivision of the State of Nevada,<br><br>Defendants | Case No.: 3:26-cv-00447-MMD-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 23 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's Civil Standing Order (ECF No. 10), Plaintiff shall file a response to Defendant's discovery motion within two court days, by **September 23, 2026,** and the response is limited to **5 pages** in length.

**IT IS SO ORDERED**.

Dated: September 21, 2026

DEBRA K. KEMPI, CLERK

By: __________/s/_______________

Deputy Clerk