Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
lukebusby@pm.me

Lauren Gorman, Esq.
Nevada State Bar #11580
777 Forest Street
Suite A
Reno, Nevada 89509
(775) 742-6129
lgorman@laurengormanlaw.com

*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ANDREW GEORGE ASUIT, II, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN WELIN, an individual; and THE CITY OF RENO, a political subdivision of the State of Nevada,<br><br>Defendants. | Case No.: 3:26-cv-00447-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff ANDREW GEORGE ASUIT, II ("Plaintiff"), by and through his undersigned counsel, and Defendants STEVEN WELIN and

THE CITY OF RENO (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to extend the remaining discovery deadlines for a period of thirty (30) days. This is the second stipulation to extend the discovery deadlines. The Court granted the first request in the Stipulation and Order to Extend Discovery Deadlines (First Request) (ECF No. 27), entered October 2, 2026.

**A. DISCOVERY COMPLETED TO DATE**

The following discovery has been completed: Plaintiff served his initial disclosures on August 20, 2026; Defendants served their initial disclosures on August 19, 2026; Plaintiff served his first set of written discovery requests on August 27, 2026; and Defendant City of Reno served its responses to Plaintiff's First Set of Requests for Production of Documents, together with a production of documents, on October 13, 2026.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties intend to disclose expert witnesses. Plaintiff intends to take the deposition of Defendant Steven Welin. The parties will also seek to schedule the depositions of the remaining parties, witnesses, and experts. The parties may also serve additional written discovery.

**C. REASONS FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiff's expert witness, Tom Green, recently underwent shoulder surgery and requires time to recover before resuming work in this matter. The deadline to serve initial expert disclosures is currently December 7, 2026, and Plaintiff requires additional time to serve his expert disclosures as a result. An extension of the remaining deadlines is needed so that expert disclosures, expert depositions, and the remaining discovery can be completed in sequence.

This request is made within 21 days of the current December 7, 2026 deadline to serve initial expert disclosures. The parties submit that Tom Green's recent surgery and recovery constitute good cause for the requested extension under LR 26-3, and that their request should be granted.

**D. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

Discovery Cut-Off Deadline:

The discovery cut-off deadline shall be extended for 30 days from February 3, 2027, **to March 5, 2027**.

Deadline to Add/Amend Pleadings:

The deadline to amend the pleadings or add parties expired on November 5, 2026, and is not extended by this stipulation.

Expert Disclosures:

The deadline to serve initial expert disclosures shall be extended for 30 days from December 7, 2026, **to January 6, 2027**.

The deadline to serve rebuttal expert disclosures shall be extended to 30 days after the initial disclosure of experts, from January 6, 2027, **to February 5, 2027**.

Dispositive Motions Deadline:

Pursuant to LR 26-1(b)(4), the parties shall file dispositive motions 30 days after the extended discovery cut-off date of March 5, 2027. Because that date falls on Sunday, April 4, 2027, dispositive motions shall be filed not later than **Monday, April 5, 2027**.

Pretrial Order:

Pursuant to LR 26-1(b)(5), the parties shall file their joint pretrial order on or before **May 5, 2027**. If dispositive motions are filed, the deadline for the joint pretrial order shall

be suspended until 30 days after decision on the dispositive motions or further court order. Pursuant to LR 26-1(b)(6), the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them shall be included in the joint pretrial order.

Respectfully submitted this 24th day of November, 2026.

By: /s/ Luke Busby
Luke Busby, Esq.
316 California Avenue
Reno, Nevada 89509

Lauren Gorman, Esq.
777 Forest Street, Suite A
Reno, Nevada 89509
*Attorneys for the Plaintiff*

KARL S. HALL
Reno City Attorney
By: /s/ Adam D. Cate
Peter K. Keegan, Deputy City Attorney
Adam D. Cate, Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505
*Attorneys for City of Reno and Steven Welin*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 25, 2026